**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT KILROY GALCERAN,

Defendant.

Criminal No. 00-366 (2) (JRT/FLN)

**ORDER**

---

William H. Koch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Robert Kilroy Galceran, OID 198471, Minnesota Correctional Facility, 7525 Fourth Avenue, Lino Lakes, MN 55014, defendant *pro-se*.

In a letter filed with the Court on August 15, 2006, defendant formally withdrew his petitions for writ of error coram nobis [Docket No. 117]. The following motions are still pending on the docket of this case: defendant's motion to proceed in forma pauperis (Docket No. 107), defendant's motion to appoint counsel [Docket No. 108], defendant's motion to proceed in forma pauperis [Docket No. 112], and defendant's motion to proceed in forma pauperis [Docket No. 113].

Because the petitioner has withdrawn his petitions [Docket Nos. 102 and 109], these motions are moot. According, **IT IS HEREBY ORDERED** that the following motions be dismissed as moot: defendant's motion to proceed in forma pauperis [Docket

No. 107], defendant's motion to appoint counsel [Docket No. 108], defendant's motion to proceed in forma pauperis [Docket No. 112], and defendant's motion to proceed in forma pauperis [Docket No. 113].

DATED: August 30, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge