# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| plaintiff, | Case No: 00 CR 366(2) (JRT/FLN) |
| v. | |
| Robert Kilroy Galceran | |
| defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Defendant, Robert Galceran has retained Deborah Ellis to substitute as counsel for Patrick W. Noaker in this case.

Dated: February 2, 2007

*s/ Deborah Ellis*

Deborah Ellis
Attorney License No. 14616X
700 Saint Paul Building
Six West Fifth Street
Saint Paul, MN 55102
(651) 297-6400