UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Criminal No.00 CR 366 (2) (JRT/FLN)

plaintiff,

v.

Robert Kilroy Galceran,

defendant.

**MEMORANDUM IN SUPPORT OF PETITION FILED PURSUANT TO 28 U.S.C. §2255**

Movant, Robert Kilroy Galceran, through counsel, Deborah Ellis, seeks to have his sentence vacated or corrected under 28 U.S.C. §2255.[1] In February of 2007, after serving a state sentence which he was led to believe was concurrent with his federal sentence, Mr. Galceran learned that the federal Bureau of Prisons (BOPO) considered his 120 month sentence imposed by this Court on February 5, 2002, to be consecutive to his state sentence. See Attachment 1. As such, Mr. Galceran is suffering disparate treatment from the penalties imposed on his co-defendant, John Pinke, who was similarly situated.

Movant believes that the disparate treatment that he received from his co-defendant is a result of the order in which the sentences were imposed and the different locations that he and Mr. Pinke were being held when they had state and federal cases pending. Counsel will try to place this matter in factual and legal perspective.

[1] Movant's Petition is timely under 28 U.S.C. § 2255 as it is brought within one year of "the date on which the facts supporting the claim or claims presented could have been discovered through due diligence."

## FACTUAL BACKGROUND

### A. ROBERT GALCERAN

On October 19, 2000, the TCF National Bank in Coon Rapids, Minnesota was robbed. Movant, Robert Galceran, was charged in a federal indictment along with John Pinke with one count of aiding and abetting a bank robbery in violation of 18 U.S.C. §2113(a) and §2 on December 19, 2000.[2] Following the federal indictment, Mr. Galceran was charged in Anoka County District Court in the State of Minnesota with first degree aggravated robbery. See Anoka County District Court File Nos. 02-K4-01-2084 and 02-K6-01-2085.

Mr. Galceran entered a guilty plea on July 26, 2001 in United States District Court while retaining his right to appeal the pretrial suppression motion.[3] At the time of his guilty plea, Mr. Galceran had been transported from a state correctional facility for purposes of entering his guilty plea in federal court. On February 5, 2002, Mr. Galceran was sentenced by this Court, the Honorable John R. Tunheim, to 120 months in prison.

Judge Tunheim ordered at sentencing that Mr. Galceran not be housed "even a momentary transition" with his co-defendant whom Mr. Galceran implicated in his pre-

---

[2] Federal indictment was preceded by two separate complaints filed December 1, 2000.

[3] The Eighth Circuit Court of Appeals affirmed this Court's pretrial suppression order. *See United States v. Galceran*, 301 F.3d 927 (8th Cir. 2002).

arrest statement to police.[4] See Transcript of Proceedings of 2/5/02 at p. 57 (Attachment 2 excerpts of transcript).

At the time of sentencing, this Court noted that Mr. Galceran had charges pending in other courts. Transcript of Proceeding 2/5/02 at p. 57. This Court ordered that Mr. Galceran "be held in the custody of the Attorney General pending the determination by the Bureau of Prisons of the location of a facility." *Id.* Mr. Galceran was actually designated to U.S.P. Pollock and began serving his sentences in federal custody. Four months later he was returned to the state and his federal sentence allegedly stopped according to the BOP.

On October 16, 2002, Mr. Galceran plead guilty to first degree aggravated robbery in state court, (Anoka County File No. 02-K4-01-2084.) At the time of Mr. Galceran's guilty plea he was ordered held in Anoka County. See Attachment 3, Register of Actions page 3, Anoka County File No. 02-K4-01-2084. On November 6, 2002, Mr. Galceran appeared for sentencing in Anoka County District Court. At that time Mr. Galceran's defense lawyer assumed that he would be in federal custody in excess of the state sentence (because of less good time earned in federal sentences) and she also argued for a particular length of sentence that would "affect his ability to get programming in federal custody." See Attachment 4, Sentencing transcript of November 6, 2002, Anoka County

---

4 Mr. Galceran's counsel further advised the court at sentencing that Mr. Galceran's co-defendant had assaulted another prisoner and was designated to Leavenworth. Transcript of Proceedings 2/5/02 at p. 47.

District Court at pp. 6-7. The prosecutor advised the Anoka County District Court at sentencing that "if the federal authorities want to take him into custody, they will. I suspect that - - I strongly suspect that they will do that because they did it before." Attachment 4, Sentencing transcript at p. 18.

The State prosecutor agreed that Mr. Galceran's Anoka County sentence was to be concurrent with his federal sentence and agreed that he should be allowed to serve his time in federal custody. Attachment 4, Sentencing transcript at p. 19. Mr. Galceran told the court that he expected the federal authorities to pick him up after his Anoka County sentencing, based on what his counsel in his federal case told him. *Id.* at p. 20. The state court imposed a 98 month sentence in Anoka County file number 02-K4-01-2084 concurrent with his federal sentence and ordered that "he can serve that sentence in federal court [sic]" (corrected to "federal custody.") *Id.* at p. 21.

The state court next sentenced Mr. Galceran to another concurrent sentence of 108 months and stated, "And that can be done in federal custody. Hopefully they'll pick him up as soon as possible . . .." *Id.* at p. 22.

The federal authorities did not pick Mr. Galceran up soon - they did not pick him up until: February 20, 2007 at which time he had served 2/3 of his 108 month sentence (at the time of sentencing he had 649 days jail credit - see transcript, Attachment 4, at p. 22.)

B. CO-DEFENDANT JOHN PINKE

John Pinke was Mr. Galceran's co-defendant in his Anoka County state cases and

Mr. Galceran's federal case. *See United States v. Pinke and Galceran*, D. Minn. File No. 00-366 (JRT/FLN). Mr. Galceran and Mr. Pinke met each other at Teen Challenge. In fact they left Teen Challenge and went on a crime spree. A robbery of the TCF bank in Coon Rapids was the underlying offense of the federal indictment.

Mr. Pinke was sentenced by this Court on October 5, 2001 to 151 months. See Docket #74 in *United States v. Pinke*, 00-CR-366(1). One month later on November 6, 2001, after Mr. Pinke was already in federal custody, he received two state sentences of 108 months each concurrent to one another and concurrent with his federal sentence. See Attachments 5 and 6 Anoka County Register of Actions for File No. 02-K4-00-9865 and 02-K2-00-10075.

Unlike Mr. Galceran, Mr. Pinke began serving his prison time in federal custody (151 months) and he remained in federal custody while his concurrent sentence from Anoka County District Court is ran. See Attachment 5 and 6.

Because Minnesota State prisoners earn good time of one day for each three days in custody, Mr. Pinke's 108 month sentence translates to 72 months in custody (assuming no loss of good time privileges). Consistent with that calculation, Mr. Pinke was placed on supervised release November 6, 2007, six years to the day of his guilty plea November 6, 2001. See Attachments 7.

The order in which Mr. Pinke's state and federal cases were resolved accounts for the difference in treatment between the two co-defendants.

Mr. Galceran's state and federal sentences were expected to run concurrently. See Attachment 8, Affidavit of Patrick Noaker. Mr. Galceran and Mr. Pinke were expected to be treated similarly. The Bureau of Prisons now considers Mr. Galceran's state and federal sentences to be consecutive. Upon his transfer to federal custody this year, Mr. Galceran learned that the BOP has not given him custody credit back to December 21, 2001, when he was arrested on federal charges and shuffled between state and federal custody.

MOTION

Mr. Galceran seeks an Amended Judgment In a Criminal Case which states that Mr. Galceran's federal sentence is CONCURRENT with his state sentences and his sentence is ordered *nunc pro tunc* from December 21, 2000 (the date on which he was arrested on his federal charges). See Docket # 6, *United States v. Galceran*, D.Minn. File No. 00-CR-366. Absent concurrence by the Government, Movant seeks a hearing on his motion.

Dated:November 15, 2007 Respectfully submitted,

*s/ Deborah Ellis*

Deborah Ellis
Atty. Lic. No. 14616X
700 Saint Paul Building
Six West Fifth Street
Saint Paul, MN 55102
651-288-3554