**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT KILROY GALCERAN,

Defendant.

Criminal No. 00-366 (JRT/FLN)
Civil No. 07-4659 (JRT)

**ORDER**

Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Robert Kilroy Galceran, #198471, MCF Lino Lakes, 7525 Fourth Avenue, Lino Lakes, MN 55014, petitioner *pro se*

Petitioner has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No.122]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by January 4, 2008. .

DATED: November 21, 2007
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge