UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-366 (JRT/FLN)
CIVIL NO. 07-4659 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CASE |
| v. | ) | |
| | ) | |
| ROBERT KILROY GALCERAN, | ) | |
| | ) | |
| Defendant. | ) | |

The following case has been reassigned as follows:

Case No.

Cr. No. 00-366 (JRT/FLN)

Cvl. No. 07-4659(JRT)

Defendant Name

Robert Kilroy Galceran

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

James E. Lackner

Dated: November 21, 2007

RACHEL K. PAULOSE
United States Attorney

s/Jeffrey S. Paulsen
BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332