# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-366 (JRT/FLN)

ROBERT KILROY GALCERAN,

Defendant.

I hereby certify that on December 21, 2007, I served, or caused to be served, the following documents:

Motion for Enlargement of Time to Respond to Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Robert Kilroy Galceran
Reg. No. 198471
MCF Lino Lakes
7525 Fourth Avenue
Lino Lakes, MN 55014

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298