UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-366 (JRT/FLN)
Civil No. 07-4659 (JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KILROY GALCERAN,<br><br>Defendant. | MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

The United States through its attorneys, Rachel K. Paulose, United States Attorney, and James E. Lackner, Assistant United States Attorney, moves the Court for an enlargement of time in which to respond to Defendant Robert Kilroy Galceran's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The government's response is due on January 4, 2008.

This matter was newly assigned to the undersigned due to the departure of the prosecutor who originally tried the case. Due to counsel's caseload and trial schedule, additional time is needed to review the underlying criminal file to ensure the government adequately addresses the defendant's motion. Respectfully, the government requests a 30-day extension to, and including, February 3, 2008 to file its response.

Respectfully submitted,

Dated: December 21, 2007

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298