**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT KILROY GALCERAN,

Defendant.

Criminal No. 00-366 (JRT/FLN)
Civil No. 07-4659 (JRT)

**ORDER**

James E. Lackner, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Robert Kilroy Galceran, #198471, MCF Lino Lakes, 7525 Fourth Avenue, Lino Lakes, MN 55014, petitioner *pro se*

This matter is before the Court on plaintiff's motion for extension of time to file response/reply to defendant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 [Docket No. 127]. Based upon plaintiff's motion, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the United States shall have until February 3, 2008, in which to respond to Defendant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.

DATED: December 27, 2007
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge