**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse* *(612)664-5600*

*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

January 30, 2008

The Honorable John R. Tunheim
United States District Judge
300 South Fourth Street, Suite 13E
Minneapolis, MN 55415

RE: United States v. Galceran
Cr. No. 00-366 (JRT/FLN)
Civ. No. 07-4659 (JRT)

Dear Judge Tunheim:

The Defendant, Robert Galceran, filed a motion pursuant to 28 U.S.C. § 2255 requesting that his federal sentence be calculated to run concurrently with his state sentence. To resolve this matter, this office forwarded Galceran's retroactive request for concurrent designation to the Bureau of Prisons (BOP) for their review and consideration. Prior to making its decision, the BOP would like to know if it was the intent of this Court that Galceran's state and federal sentences run concurrently. (See the attached letter dated January 29, 2008 from Delbert Sauers, Chief, BOP Designation and Sentence Computation Center.) Upon notification of this Court's intent, the undersigned will forward it to BOP for their immediate review and determination.

Very truly yours,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298

Enc.
cc: USPO, Michael P. Bell
Deborah Ellis, Esq.