**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse* *(612)664-5600*

*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

February 1, 2008

The Honorable John R. Tunheim
United States District Judge
300 South Fourth Street, Suite 13E
Minneapolis, MN 55415

RE: United States v. Galceran
Cr. No. 00-366 (JRT/FLN)
Civ. No. 07-4659 (JRT)

Dear Judge Tunheim:

The government's response in this matter is due on February 4, 2008. However, in light of the developments in this case which should resolve the issue, the government requests a stay of filing its response until the Court has an opportunity to respond to the undersigned's letter dated January 30, 2008 [Doc. No. 129] and to allow the Bureau of Prisons to process Galceran's retroactive request.

Very truly yours,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298

Enc.
cc: Deborah Ellis, Esq.