**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RECEIVED/1

**CHAMBERS**
**JOHN R. TUNHEIM**
**DISTRICT JUDGE**

**300 SOUTH FOURTH STREET**
**MINNEAPOLIS, MN 55415**

2008 FEB 12 P 2:55

U.S. ATTORNEY
DIST. OF MINN.

February 12, 2008

Federal Bureau of Prisons
Attn: Delbert G. Sauers
346 Marine Forces Drive
Designation and Sentence
Computation Center
Grand Prairie, TX 75051

**Re:** ***GALCERAN, Robert Kilroy***
**Reg No. 09750-041**
**Case No. 00-366(2) JRT/FLN**

Dear Mr. Sauers:

I write in response to the Bureau's inquiry as to the Court's position on a retroactive designation in this case. The federal judgment was silent regarding whether the federal sentence should run concurrent to the state sentence because the state sentence was not imposed at that time.

Under such circumstances, it is my view that it is the state court that should consider whether the two sentences should run concurrently or not, and thus I do not have an opinion to offer to you.

Sincerely,

John R. Tunheim

John R. Tunheim
United States District Judge

cc: James E. Lackner
Deborah Ellis, Esq.

GOVERNMENT
EXHIBIT
2