UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Robert Galceran,<br><br>petitioner,<br><br>v.<br><br>United States of America,<br><br>respondent. | ) | Criminal No. 00-366 (2) (JRT/FLN)<br>Civil No. 07-4659 (JRT) |

**REQUEST TO FILE RESPONSIVE MEMORANDUM**

Petitioner, Robert Galceran, through counsel, Deborah Ellis, request an opportunity to file a response to the government's memorandum (Dk #131) by Friday June 6, 2008.

Counsel for petitioner has under taken additional investigation into the state court proceeding and research regarding his application. Due to trials, briefs and other scheduling conflicts, counsel for petitioner needs and is desirous of a filing deadline of June 8, 2008 for a responsive memorandum.

Respectfully submitted,

*s/ Deborah Ellis*

Deborah Ellis
Atty. Lic. No. 14616X
700 Saint Paul Building
Six West Fifth Street
Saint Paul, MN 55102
651-288-3554