**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT KILROY GALCERAN,

Defendant.

Criminal No. 00-366 (2) (JRT/FLN)

**ORDER**

---

James E. Lackner, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Deborah K. Ellis, **ELLIS LAW OFFICE**, 6 West 5th Street, Suite 700, St. Paul, MN 55102, for defendant.

This matter is before the Court on defendant's request for an extension of time to reply to Government's response. The Government filed their response to defendant's 28 U.S.C § 2255 motion on April 14, 2008. The defendant has shown good cause to reply to the government's response.

**IT IS HEREBY ORDERED** that defendant's request for an extension to reply to the government's response is **GRANTED**. The defendant's reply is due on or before **June 6, 2008**.

DATED: May 19, 2008
at Minneapolis, Minnesota.

s/ John R. Tunehim
JOHN R. TUNHEIM
United States District Judge