UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Robert Galceran, | ) | |
| | ) | |
| petitioner, | ) | |
| | ) | Criminal No. 00-366 (2) (JRT/FLN) |
| | ) | Civil No. 07-4659 (JRT) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| respondent. | ) | |

**AMENDED REQUEST FOR RELIEF**

Petitioner, Robert Galceran, through counsel, Deborah Ellis, moves this Court, the Honorable John R. Tunheim, to amend his request for relief filed with his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. In particular petitioner seeks an Amended Judgment In A Criminal Case issued *nunc pro tunc* to February 6, 2002.

A petition was filed November 15, 2007 under 28 U.S.C. § 2255 in which petitioner sought relief from the calculation of his federal sentence as presumably running consecutive to his state sentence. Although Mr. Galceran was sentenced in federal court first and then in state court (reverse order of his co-defendant's sentencing), the state court records indicate that the parties and presiding judge in state court all believed that Mr. Galceran was in federal custody and returning to federal custody. The state court, the Honorable James A. Morrow, ordered that Mr. Galceran's state sentence run concurrent with his federal sentence.

Because Mr. Galceran was apparently only "temporarily removed" from state custody for federal sentencing, according to the government (Government's Response - Dk # 135 at p. 2), he

remained in state custody following imposition of his Anoka County sentence - contrary to what l the parties and state court judge anticipated.

Based upon petitioner's earlier submissions and the government's response (Dk # 135) indicating that an Amended Judgment filed *nunc pro tunc* may accomplish the goals of the petition (*id* at p. 6), counsel for petitioner moves to amend his petition and request as an alternate form of relief an Amended Judgment in A Criminal Case *nunc pro tunc* to February 6, 2002 which amendment would provide for a **concurrent** sentence with Mr. Galceran's state sentence imposed in Anoka County District Court November 6, 2002.

Respectfully submitted,

*s/ deborah ellis*

Deborah Ellis
Minn. Lic. No. 14616X
700 Saint Paul Building
Six West Fifth Street
Saint Paul, MN 55102
651-288-3554