# CERTIFICATE OF SERVICE

**Robert Galceran v. United States of America**
**Criminal File No. 00-366 (2) (JRT/FLN)**

The undersigned hereby certifies that on the 13 day of August, 2008, a true and correct copy of the following was served:

**AMENDED REQUEST FOR RELIEF**

upon opposing counsel:

Jim Lackner
Assistant United States Attorney

by e-mail under the court's electronic filing system.

Dated: August 13, 2008

*s/ deborah ellis*

Deborah Ellis
Atty. Reg. No. 14616X
Six West Fifth Street, Suite 700
Saint Paul, MN 55102
651-288-3554